IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VESPER TECHNOLOGY RESEARCH, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**ATEN INTERNATIONAL CO., LTD., AND ATEN TECHNOLOGY, INC.,**<br><br>*Defendant.* | Civil Action No. 2:16-cv-1245<br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |
| **VESPER TECHNOLOGY RESEARCH, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**IDK AMERICA INC. AND IDK CORP.,**<br><br>*Defendants.* | Civil Action No. 2:16-cv-1274<br><br>**JURY TRIAL DEMANDED** |

**Joint Motion To Stay All Deadlines and Notice of Settlement**

Plaintiff Vesper Technology Research, LLC ("Vesper" or "Plaintiff") and Defendants IDK America Inc. and IDK Corp. (collectively, "IDK") file this Joint Motion to Stay All Deadlines and Notice of Settlement.  Plaintiff hereby notifies the Court that all matters in controversy between Vesper and IDK have been settled, in principle.  Plaintiff requests that the Court stay all unreached deadlines as to Vesper and IDK for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated: March 27, 2017

Respectfully submitted,

/s/ Eric B. Hanson
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Eric B. Hanson (CA SB No. 254570)
BERGER & HIPSKIND LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 95047
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

*Attorneys for Vesper Technology Research, LLC*

*/s/ Debby Gunter*
Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Debby Gunter
State Bar No. 24012752
dgunter@findlaycraft.com
Findlay Craft, P.C.
102 N. College Ave. Suite 900
Tyler, TX 75702
903/534-1100
903/534-1137 Fax

Douglas G. Muehlhauser
doug.muehlhauser@kmob.com
Knobbe Martens Olson & Bear LLP

2040 Main St.
Fourteenth Floor
Irvine, CA 92614
949/760-0404
949/760-9502 Fax

ATTORNEYS FOR DEFENDANTS IDK
AMERICA INC. AND IDK CORP.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 27th day of March, 2017.

/s/ Eric B. Hanson
Eric B. Hanson